# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| SAGE GROWTH CAPITAL FUND 1, LLC, an Idaho limited liability company, | Case No. 1:22-cv-00237-BLW |
| Plaintiff, | |
| v. | **ORDER LIFTING STAY** |
| CPR CONSTRUCTION CLEANING, LLC, an Arizona limited liability company; CPR CONSTRUCTION CLEANING USA, LLC, an Arizona limited liability company; PCB HOLDINGS, LLC d/b/a CPR CONSTRUCTION CLEANING, an Arizona limited liability company; JOSEPH PATRICK MAEZ, an individual; CORINA BURTON, an individual; and BRENDA BURTON, an individual, | |
| Defendants. | |
| CORINA BURTON, an individual | |
| Third-Party Plaintiff, | |
| v. | |
| CORNERSTONE FRANCHISE PARTNERS, LLC; SRC CONSTRUCTION CLEANING, LLC d/b/a CLEARSITE CONSTRUCTION SERVICES; RYAN COMBE; RYAN | |

HICKS; and SECOND WIND
CONSULTANTS, INC,

    Third-Party Defendants.

---

CORINA BURTON, an individual

    Cross-Claimant,

    v.

CPR CONSTRUCTION CLEANING,
LLC, an Arizona limited liability
company, et al.

    Cross-Defendants.

In April 2024, Joseph Maez filed a notice of bankruptcy filing with the Court triggering an automatic stay pursuant to 11 U.S.C. § 362(a). Dkt. 91. The Court subsequently stayed all proceedings pending the resolution of Mr. Maez's bankruptcy petition. Dkt. 113. In April 2025, the plaintiff notified the Court that judgment was entered and the automatic stay lifted. Dkt. 114. Accordingly, because the Court's order staying all proceedings was based upon the automatic stay resulting from the bankruptcy proceedings which are now resolved, the Court will lift the stay of all proceedings.

    **IT IS SO ORDERED.**

DATED: **July 23, 2025**

B. Lynn Winmill
U.S. District Court Judge